# United States District Court

**FILED**

## EASTERN DISTRICT OF MISSOURI

MAR - 8 2006

UNITED STATES OF AMERICA

V.

LAVAR HARMON

**CRIMINAL COMPLAINT**
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

CASE NUMBER: 4:06 MJ 2057 AGF

I, Officer Chuck Creeley, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 7, 2006, in St. Louis County, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

possess with the intent to distribute more than 50 grams of cocaine base (crack), a Schedule II narcotic controlled substance drug

in violation of Title 21, United States Code, Section 841(a)(1). I further state that I am a Police Detective with the Ferguson Police Department, assigned to the St. Louis County Multi-Jurisdictional Drug Task Force and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**     **X** Yes     No__ No

Sworn to before me, and subscribed in my presence

Signature of Complainant
Officer Chuck Creeley
Ferguson Police Department

March 8, 2006

Date

**at**     St. Louis, Missouri

City and State

Signature of Judicial Officer

Audrey J. Fleissig

United States Magistrate Judge

Name and Title of Judicial Officer