UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| LAVOR HARMON, | ) ) ) |
| Defendant. | ) |

FILED

MAR - 9 2006

U. S. DISTRICT COURT
E. DISTRICT OF MO.

**4:06CR00161 DJS**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 30, 2005, in St. Louis County, within the Eastern District of Missouri, the defendant,

**LAVOR HARMON,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a schedule II narcotic controlled substance drug. The quantity of cocaine involved in the offense is less than five hundred (500) grams.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury charges that:

On or about December 12, 2005, in St. Louis County, within the Eastern District of Missouri, the defendant,

**LAVOR HARMON,**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of cocaine base (crack), a schedule II narcotic controlled substance drug. The quantity of cocaine base (crack) involved in the offense is less than five (5) grams.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Section 841(b)(1)(C).

### COUNT THREE

The Grand Jury charges that:

On or about December 20, 2005, in St. Louis County, within the Eastern District of Missouri, the defendant,

### LAVOR HARMON,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base (crack), a schedule II narcotic controlled substance drug. The quantity of cocaine base (crack) involved in the offense is more than five (5) grams.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Section 841(b)(1)(B).

### COUNT FOUR

The Grand Jury charges that:

On or about January 5, 2006, in St. Louis County, within the Eastern District of Missouri, the defendant,

### LAVOR HARMON,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base (crack), a schedule II narcotic controlled substance drug. The quantity of cocaine base (crack) involved in the offense is more than five (5) grams.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Section 841(b)(1)(B).

## COUNT FIVE

The Grand Jury charges that:

On or about January 12, 2006, in St. Louis County, within the Eastern District of Missouri, the defendant,

## LAVOR HARMON,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base (crack), a schedule II narcotic controlled substance drug. The quantity of cocaine base (crack) involved in the offense is more than five (5) grams.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Section 841(b)(1)(B).

## COUNT SIX

The Grand Jury charges that:

On or about February 23, 2006, in St. Louis County, within the Eastern District of Missouri, the defendant,

## LAVOR HARMON,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base (crack), a schedule II narcotic controlled substance drug. The quantity of cocaine base (crack) involved in the offense is more than five (5) grams.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Section 841(b)(1)(B).

## COUNT SEVEN

The Grand Jury charges that:

On or about March 7, 2006, in St. Louis County, within the Eastern District of Missouri, the defendant,

3

**LAVOR HARMON,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (crack), a schedule II narcotic controlled substance drug. The quantity of cocaine base (crack) involved in the offense is more than fifty (50) grams.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Section 841(b)(1)(A).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
HAL GOLDSMITH, #62501
Assistant United States Attorney

4