**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:06CR161-DJS |
| | ) | |
| **LAVAR HARMON,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of the United States Magistrate Judge [Doc. #26], to which no objection has been filed, is accepted and adopted.

**IT IS FURTHER ORDERED** that the government's motion to dismiss Count One of the indictment without prejudice [Doc. #21] is granted.

Dated this  1st  day of May, 2006.

                                            /s/Donald J. Stohr
                                            UNITED STATES DISTRICT JUDGE